**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division**

U.S. Equal Employment Opportunity
Commission

                                              Plaintiff,

v.                                                        Case No.: 1:22−cv−00220

                                                            Honorable Franklin U.
Valderrama

Monro, Inc.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 4, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint initial status report [8] and refers discovery supervision, including setting all deadlines, and settlement matters to Magistrate Judge Valdez. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.